1  ASIM DESAI (SBN: 175402)
   adesai@grsm.com
2  MARGRET G. PARKE (SBN: 126120)
   mparke@grsm.com
3  GORDON & REES LLP
   633 West Fifth Street, 52nd Floor
4  Los Angeles, CA 90071
   Telephone: (213) 576-5000
5  Facsimile: (213) 680-4470

6  Attorneys for Plaintiffs
   CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO
7  CERTIFICATE NO. SUA WSD50024-1801

8  GRETCHEN S. CARNER (SBN: 132877)
   gretchen.carner@clydeco.us
9  CLYDE & CO US LLP
   355 S. Grand Avenue, Suite 1400
10 Los Angeles, CA 90071
   Telephone: (213) 358-7600
11 Facsimile: (213) 358-7650

12 Attorneys for Plaintiff
   XL SPECIALTY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO CERTIFICATE NO. SUA WSD50024-1801, and XL SPECIALTY INSURANCE COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>VOIP GUARDIAN, LLC, a Delaware limited liability company; VOIP GUARDIAN PARTNERS I, LLC, a Delaware limited liability company; VOIP GUARDIAN PARTNERS II, LLC, a Delaware limited liability company; RODNEY OMANOFF; OMANOFF AMERICA LLC, a Delaware limited liability company; OMANOFF AMERICA TELECOM, LLC, a Delaware limited liability company; | Case No. 2:21-cv-07845-DMG-AFM<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Complaint Filed: October 1, 2021 |

-1-

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

| | |
|---|---|
| CONTACTS & CONTRACTS, INC., a Delaware corporation; MUDMONTH, LLC, a Nevada limited liability company; PHILIPSON INTERNATIONAL, LLC, a Delaware limited liability company; RICHARD OMANOFF; MARK PROTO; JOSEPH RAHMAN aka YOUSSEF A. RAHMAN; JOHN O. PHILIPSON; and ADELA PHILIPSON<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO CERTIFICATE NO. SUA WSD50024-1801 and XL SPECIALTY INSURANCE COMPANY ("Plaintiffs") voluntarily dismiss their Complaint against Defendants RICHARD OMANOFF, OMANOFF AMERICA LLC, OMANOFF AMERICA TELECOM, LLC, CONTACTS & CONTRACTS, INC. (collectively "Omanoff Defendants") and PHILIPSON INTERNATIONAL, JOHN O. PHILIPSON and ADELA PHILIPSON (collectively "Philipson Defendants") in the above-entitled action.  Plaintiffs dismiss their Complaint against the Omanoff Defendants and Philipson Defendants before responsive pleadings by these defendants have been filed.  Such dismissal is with prejudice, with each side to bear his, her or its own costs and attorneys' fees and expenses.

Dated: April 14, 2022

Respectfully submitted,

GORDON & REES LLP

By: /s/ Margret G. Parke
    Asim K. Desai
    Margret G. Parke
    Attorneys for Plaintiffs
    CERTAIN UNDERWRITERS
    AT LLOYDS, LONDON

SUBSCRIBING TO CERTIFICATE NO. SUA WSD50024-1801

Dated: April 14, 2022

CLYDE & CO. US LLP

By: /s/ Gretchen S. Carner
    Gretchen S. Carner
    Attorney for Plaintiff,
    XL Specialty Insurance Company

**Gordon & Rees LLP**
**633 West Fifth Street, 52nd Floor**
**Los Angeles, CA 90071**

-3-
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE