**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CERTAIN UNDERWRITERS AT LLOYDS, LONDON SUBSCRIBING TO CERTIFICATE NO. SUA WSD50024-1801, and XL SPECIALTY INSURANCE COMPANY<br><br>              Plaintiffs,<br><br>vs.<br><br>VOIP GUARDIAN, LLC, a Delaware limited liability company; VOIP GUARDIAN PARTNERS I, LLC, a Delaware limited liability company; VOIP GUARDIAN PARTNERS II, LLC, a Delaware limited liability company; RODNEY OMANOFF; OMANOFF AMERICA LLC, a Delaware limited liability company; OMANOFF AMERICA TELECOM, LLC, a Delaware limited liability company; CONTACTS & CONTRACTS, INC., a Delaware corporation; MUDMONTH, LLC, a Nevada limited liability company; PHILIPSON INTERNATIONAL, LLC, a Delaware limited liability company; RICHARD OMANOFF; MARK PROTO; JOSEPH RAHMAN aka YOUSSEF A. RAHMAN; JOHN O. PHILIPSON; and ADELA PHILIPSON<br><br>              Defendants. | Case No. CV 21-7845-DMG (AFMx)<br><br>**ORDER PURSUANT TO STIPULATION DISMISSING DEFENDANTS RODNEY OMANOFF, VOIP GUARDIAN, LLC AND VOIP GUARDIAN PARTNERS II, LLC WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii) [98]** |

-1-

The Court having considered the concurrently filed stipulation between the parties, and good cause appearing,

IT IS HEREBY ORDERED that:

The above-captioned action is dismissed with prejudice expressly as to defendants **RODNEY OMANOFF, VOIP GUARDIAN, LLC AND VOIP GUARDIAN PARTNERS II, LLC** only, pursuant to FRCP 41(a)(1)(A)(ii). Plaintiffs and Defendants RODNEY OMANOFF, VOIP GUARDIAN, LLC AND VOIP GUARDIAN PARTNERS II, LLC shall bear his/its/their own attorneys' fees and costs.

In light of the fact that all defendants have been dismissed with prejudice from this action, Plaintiffs' pending motions to dismiss and for partial summary judgment [Doc. ## 82, 88] are DENIED as moot and this action is administratively closed. All hearing dates are VACATED.

DATED: January 19, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE